IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STAN BODA,                                                                          No. CV 07-86-MO

                Plaintiff,                                                            JUDGMENT

      v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

**MOSMAN, J.,**

    Based on the record,

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this __5th__ day of May, 2008.

                                                           /s/ Michael W. Mosman_____
                                                           MICHAEL W. MOSMAN
                                                           United States District Judge

PAGE 1 - JUDGMENT